UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STATE FARM FIRE & CASUALTY COMPANY                    PLAINTIFF

V.                              3:20CV114 JM

LEANN YOUNG and YOUNG KARMA INC.                     DEFENDANTS

**ORDER**

In their motion, Defendants ask the Court to transfer this case from the Northern Division of the Eastern District of Arkansas to the Delta Division. Plaintiff objects.

On November 26, 2019 Congress passed Public Law 116-73, the Divisional Realignment for the Eastern District of Arkansas Act of 2019. The law modified 28 U.S.C. § 83 by realigning the divisions of the Eastern District effective immediately. Pursuant to the law, Cross County was transferred from the Helena Division of the Eastern District to the Northern Division of the Eastern District. The Helena Division no longer exists.

On April 10, 2020, Plaintiff filed the Complaint for declaratory judgment against the Defendants seeking a declaration from the Court of Plaintiff's liability to its insured for a fire loss in Cross County, Arkansas. Plaintiff filed the Complaint in the Northern District of Arkansas because, at the time of filing, Cross County was a part of the Northern District. Defendants contend that the case should be transferred to the Delta Division because the fire occurred while Cross County was still a part of the Helena Division, before the passing of Public Law 116-73.

Defendants' motion for transfer to the Delta Division is denied. There is no authority for Defendants' proposition that the Complaint should be transferred to the Delta Division. All of the facts arise from incidents in Cross County, Arkansas. Cross County was at the time of filing,

and is now, located in the Northern Division. The Complaint was filed in the correct division and the Court finds no reason to transfer the case.

Defendants' Motion to Transfer (ECF No. 4) is DENIED.

IT IS SO ORDERED this 28th day of May, 2020.

_____
James M. Moody Jr.
United States District Judge