IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STATE FARM FIRE & CASUALTY COMPANY               PLAINTIFF

V.                        3:20CV00114 JM

LEANN YOUNG, INDIVIDUALLY & AS
ADMINISTRATOR OF THE ESTATE OF
RODNEY YOUNG & YOUNG KARMA, INC.                 DEFENDANTS

## ORDER OF DISMISSAL

Pursuant to the joint motion, this case is dismissed with prejudice. The Court retains complete jurisdiction for 30 days to resolve issues related to the settlement

The trial scheduled for July 19, 2021 is cancelled. The Clerk is directed to close the case.

IT IS SO ORDERED this 7th day of April, 2021.

_____
James M. Moody Jr.
United States District Judge